## BOLLING *et al.* v. GIBSON.

No. 2009.    Opinion Filed September 12, 1912.

(128 Pac. 1093.)

*Error from District Court, Jefferson County;*
*Frank M. Bailey, Judge.*

Action by C. S. Gibson against W. C. Bolling, and another, as guardian of Theodore and Octavia Bolling, minors, to recover money alleged to be due for certain improvements on real estate belonging to the minors. Judgment for plaintiff, and defendants bring error. Reversed, and cause dismissed.

*James S. Arnote*, for plaintiffs in error.

*Charles E. Davis*, for defendant in error.

Opinion by ROBERTSON, C. The facts in this case are identical with those in *Bolling, Guardian, v. Campbell, ante*, 128 Pac. 1091, and we hereby adopt and promulgate the opinion in that case as and for the opinion in this case.

Therefore the judgment of the district court of Jefferson county should be reversed and the cause dismissed.

By the Court: It is so ordered.